**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7063

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAQUAN BROOKS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:11-cr-00079-SAL-2)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jaquan Brooks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jaquan Brooks appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. Although the district court found Brooks eligible for a reduction, after considering the record and the relevant arguments, the court determined that the 18 U.S.C. § 3553(a) factors weighed against granting such a reduction. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Brooks' motion. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (providing standard). Accordingly, we affirm the district court's order. *United States v. Brooks*, No. 4:11-cr-00079-SAL-2 (D.S.C. Oct. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2